JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cv-05071-SB-MBK | Date: | September 4, 2026 |

| | |
|---|---|
| Title: | Shawnell Byrd et al v. Delta Airlines, Inc. et al |
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| | |
|---|---|
| Lynnie Fahey | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Dmitry Yuzef Gurovich | Jennifer Echegoyen |

**Proceedings: (Minutes of)** Mandatory Scheduling Conference **(Held and completed)**

At the scheduling conference, Plaintiffs' counsel acknowledged that the Court lacks personal jurisdiction over Defendant Delta Air Lines, Inc., and the parties stipulated to transfer this action to the U.S. District Court for the Northern District of Ohio, where the accident giving rise to this action occurred.

Section 1631 authorizes transfer when the transferor court lacks jurisdiction, the action could have been brought in the transferee court when filed, and transfer is in the interest of justice. 28 U.S.C. § 1631; *see Gray & Co. v. Firstenberg Mach. Co.*, 913 F.2d 758, 761–62 (9th Cir. 1990) (remanding for consideration of transfer under § 1631 after concluding that personal jurisdiction was lacking). Those requirements are satisfied here. The accident occurred at Cleveland Hopkins International Airport, and the parties agree that the action could have been brought in the Northern District of Ohio. Transfer also serves the interest of justice because dismissal could jeopardize Plaintiffs' claims under the applicable statutes of limitations. The automatic stay arising from Spirit Airlines, Inc.'s bankruptcy does not preclude this jurisdictional transfer. *See Lindley Contours, LLC v. AABB*

*Fitness Holdings, Inc.*, 414 F. App'x 62, 63 n.1 (9th Cir. 2011); *MTGLQ Invs., L.P. v. Guire*, 286 F. Supp. 2d 561, 563–64 (D. Md. 2003).

Accordingly, the Court transfers this action to the U.S. District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1631.

0:13